# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2024

## NO. 03-22-00539-CR

**Brian Scott Sharp, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
## MODIFIED AND, AS MODIFIED, AFFIRMED ON MOTION FOR REHEARING --
## OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgments of conviction entered by the trial court. Brian Scott Sharp has filed an amended motion for rehearing, and having reviewed the motion, the record, and the parties' arguments, we deny the motion for rehearing. The Court therefore withdraws its opinion and judgment from December 20, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that require correction. Therefore, the Court modifies the trial court's judgments as follows: the judgment of conviction for Count II, attempted capital murder of a peace officer, is modified to reflect that the "Statute for Offense" is "15.01/19.03 Penal Code" and the judgment of conviction for Count III, aggravated assault against a public servant, is modified to reflect that the "Statute for Offense" is "22.02(b)(2)(B) Penal Code." The

judgments, as modified, are affirmed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.